IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN F. CROSBY, III;<br>BENJAMIN F. CROSBY, JR.;<br>and PAULA CROSBY | PLAINTIFFS |
| v. | CAUSE NO. 1:18CV343-LG-JCG |
| JULIA E. PIPPIN, also<br>known as Judy Pippin,<br>Individually; PIPPIN<br>ENTERPRISES, INC.; and<br>RE/MAX HOLDINGS, INC. | DEFENDANTS |

## ORDER GRANTING REMAINING
## DEFENDANTS' MOTION TO DISMISS

**BEFORE THE COURT** is the [21] Motion to Dismiss filed by the remaining defendants, Julia E. Pippen and Pippen Enterprises, Inc., in this lawsuit that arose out of the filing of an affidavit containing alleged misrepresentations or fraudulent statements in a state court lawsuit. The parties have fully briefed the Motion. This Court previously dismissed the plaintiffs' claims against former defendant Re/Max Holdings, Inc., because the plaintiffs' claims are barred by the statute of limitations. For the same reasons cited in this Court's [18] Memorandum Opinion and Order granting Re/Max's Motion, which is incorporated herein by reference, the plaintiffs' claims against Julia E. Pippen and Pippen Enterprises, Inc., are barred by the statute of limitations and must be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [21] Motion to Dismiss filed by the remaining defendants, Julia E. Pippen and Pippen Enterprises, Inc., is **GRANTED**. The claims that the plaintiffs, Benjamin F.

Crosby, III, Benjamin F. Crosby, Jr., and Paula Crosby, filed against Julia E. Pippen and Pippen Enterprises, Inc., are hereby **DISMISSED WITH PREJUDICE**. Since this Order disposes of all the plaintiffs' remaining claims in this lawsuit, the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**SO ORDERED AND ADJUDGED** this the 2nd day of May, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE